**Report and Order Terminating Supervised Release**

# UNITED STATES DISTRICT COURT

FOR THE

District of Guam

UNITED STATES OF AMERICA

v.

YOSHIYUKI TAKEI

CRIMINAL CASE NO. 97-00113-002

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **October 10, 2007**, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By:  /s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

Reviewed by:

 /s/ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

cc:     AUSA
        Defense Counsel
        File

## *ORDER OF COURT*

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

 **/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: May 12, 2008**